IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC M. GOOL,<br><br>Defendant. | PO 22-5027-KLD<br><br><br>ORDER |

Pending before the Court is the motion of the United States to have witnesses to testify via video. For good cause shown,

IT IS ORDERED that the motion to testify via video is GRANTED. The witnesses may appear via Zoom at the hearing. The Clerk of Court will notify counsel via e-mail of the meeting ID and password in advance of the hearing.

**Zoom Guidance and Setup available at: https://www.mtd.uscourts.gov/zoom-hearings**.

DATED this 22nd day of February, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1